IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ADANTE MOWER,<br><br>　　　　　　Defendant. | 4:22CR 3049<br><br>INFORMATION<br><br>21 U.S.C. § 841(a)(1) & (b)(1) |

The United States Attorney charges that:

## COUNT I

On or about August 4, 2021, in the District of Nebraska, ADANTE MOWER, defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine and fentanyl, Schedule II controlled substances, that resulted in the serious bodily injury of individuals, B.M. and A.M.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

　　　　　　　　　　　　　　　　　　UNITED STATES OF AMERICA

　　　　　　　　　　　　　　　　　　Plaintiff

　　　　　　　　　　　　　　　　　　JAN W. SHARP
　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　District of Nebraska

　　　　　　　　　　By:　　_____
　　　　　　　　　　　　　　　　　　JOHN J. SCHOETTLE, #IL6321461
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　487 Federal Building
　　　　　　　　　　　　　　　　　　100 Centennial Mall North
　　　　　　　　　　　　　　　　　　Lincoln, NE  68508-3865
　　　　　　　　　　　　　　　　　　Tel:  (402) 437-5241
　　　　　　　　　　　　　　　　　　Fax: (402) 437-5390

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

_____
JOHN J. SCHOETTLE, #IL6321461
Assistant U.S. Attorney